UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL BASS, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>    Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:15-CV-118-F** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that upon careful review of the M&R and of the record generally, and having found no clear error, the court hereby ADOPTS the recommendation of the Magistrate Judge. It is therefore ORDERED that Plaintiff's Motion for Judgment on the Pleadings [DE-25] is ALLOWED, Defendant's Motion for Judgment on the Pleadings [DE- 27] is DENIED, and the case is remanded for further proceedings.

**This Judgment Filed and Entered on August 11, 2016, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
George G. Davidson (via CM/ECF Notice of Electronic Filing)

DATE                                          JULIE A. RICHARDS, CLERK

August 11, 2016

                                                       (By) Susan K. Edwards, Deputy Clerk