IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CV-00118-F

| | |
|---|---|
| CRYSTAL BASS,<br><br>   Plaintiff<br><br>  v.<br><br>NANCY A. BERRYHILL,<br> Acting Commissioner of<br> Social Security,<br><br>   Defendant. | ORDER |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $11,892.36. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,200.00. Plaintiff's counsel has been previously awarded $6,000.00 in administrative 406(a) fees.

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $5,892.36, and refund to Plaintiff the smaller award between this amount and the EAJA award.

This 26th day of March, 2018.

LOUISE W. FLANAGAN
United States District Judge