UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CRYSTAL BASS, )
   Plaintiff, )
         )
v. ) **JUDGMENT**
         )
         ) No. 4:15-CV-118-FL
         )
NANCY A. BERRYHILL, )
Commissioner of Social Security, )
   Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 26, 2018, that plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $5,892.36, and refund to plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on March 26, 2018, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)
George G. Davidson (via CM/ECF Notice of Electronic Filing)


March 26, 2018      PETER A. MOORE, JR., CLERK
              /s/ Susan W. Tripp
             (By) Susan W. Tripp, Deputy Clerk